# United States Patent Office

927,067
Registered Jan. 11, 1972

## PRINCIPAL REGISTER
### Certification Mark
(Goods)

Ser. No. 389,770, filed Apr. 21, 1971



Harvey Senter, doing business as Kosher Supervision Service
416 78th St.
North Bergen, N.J. 07047

For: FOOD, in CLASS A.
First use on or before Apr. 1, 1971; in commerce on or before Apr. 1, 1971.
The mark certifies the kosher quality of food.

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2022-06-22 15:07:15 EDT |
| **Mark:** | KOF-K |

# KOF-K

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97253177 | **Application Filing Date:** | Feb. 04, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Certification Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Awaiting Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application will be assigned to an examining attorney approximately 6 months after filing date. | | |
| **Status Date:** | Feb. 09, 2022 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KOF-K |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Certification Statement:** | The certification mark, as used by authorized persons, certifies the Kosher quality of food and other products covered by the mark. |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 0927067, 5121823 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | kosher foods, beverages and food products; breath freshening sprays; breath freshening strips; essential oils; capsules for medicines; chemical preparations for pharmaceutical purposes; chemical preparations for medical purposes; chemical preparations for veterinary purposes; drugs for medical purposes; medicines for human purposes; nutritional supplements; vitamin preparations; cleaning, polishing, scouring and abrasive preparations; agricultural chemicals, except fungicides, herbicides, insecticides and parasiticides; artificial sweeteners; bacteriological preparations for acetification; bacteriological preparations other than for medical and veterinary use; biological preparations, other than for medical or veterinary purposes; chemical substances for preserving foodstuffs; chemical reagents, other than for medical or veterinary purposes; chemical preparations for smoking meat; chemical additives for oils; chemicals for the manufacture of pigments; color-brightening chemicals for industrial purposes; emulsifiers; enzyme preparations for the food industry; enzymes for industrial purposes; enzymes for the food industry; filtering preparations for the beverages industry; filtering materials; flocculants; gelatine for industrial purposes; glucose for industrial purposes; glucose for the food industry; gluten for the food industry; gluten for industrial purposes; meat tenderizers for industrial purposes; oil-bleaching chemicals; oil-purifying chemicals; oil-separating chemicals; oils for the preservation of food; pectin for the food industry; preparations for stimulating cooking for industrial purposes; preservatives for pharmaceutical preparations; for the separation of greases; water-purifying chemicals; water-softening preparations |
| **International Class(es):** | **U.S Class(es):** A - Primary Class |
| **Class Status:** | ACTIVE |

**Basis:** 1(a)
**First Use:** Dec. 31, 1972 **Use in Commerce:** Dec. 31, 1972

## Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes
**Filed ITU:** No **Currently ITU:** No
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** Kosher Supervision Service, Inc.
**Owner Address:** 201 The Plaza
Teaneck, NEW JERSEY UNITED STATES 07666
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** NEW JERSEY

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michael J. Feigin, Esq. **Docket Number:** KOF004
**Attorney Primary Email Address:** michael@PatentLawNY.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** MICHAEL J. FEIGIN, ESQ.
FEIGIN AND FRIDMAN LLC
1037 RT. 46 E, SUITE 107
CLFTON, NEW JERSEY UNITED STATES 07055
**Phone:** 973-685-5280
**Correspondent e-mail:** michael@PatentLawNY.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 09, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 08, 2022 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** NEW APPLICATION PROCESSING **Date in Location:** Feb. 09, 2022