# EatUp Boxes

Available on flights longer than 2 hours.



## FuelUp ($9)

This protein-packed snack box includes:

- Madi K's Roasted Almonds (Kosher certified by Orthodox Union)
- Yes Bar Dark Chocolate Chip Snack Bar
- Solely Mango Fruit "Jerky" (Kosher certified by KA-Kosher, Mexico)
- THINK Jerky Original Turkey Stick

Check out the nutritional information on the FuelUp Box



## SavorUp ($9)

This Mediterranean-inspired snack box includes:

- Elma Farms Poshi Artichokes Basil & Thyme (Kosher certified by KOF-K Kosher Supervision)
- GoGo Dipperz Pick Pocket Dips Traditional Hummus (Kosher certified by Orthodox Union)
- Mario Snack Olives with a Hint of Savory Pepper (Kosher certified by Orthodox Union)
- Craize Seeded Toasted Corn Crisps (Kosher certified by Kashruth Council of Canada)
- Emmy's Dark Cacao Organic Coconut Cookie (Kosher certified by EarthKosher)

**Gluten free. Vegan. Kosher.**

Check out the nutritional information on the SavorUp box