UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Kosher Supervision Service Inc. and Kosher Supervision Service Inc. d/b/a Kof-K Kosher Supervision,<br><br>Plaintiff,<br><br>-against-<br><br>Jetblue Airways Corporation,<br><br>Defendant. | Civil Action No.: 2:22-cv-04200-JMV-CLW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Kosher Supervision Services Inc. and Kosher Supervision Services Inc. d/b/a Kof-K Kosher Supervision, and their counsel hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant. Each party shall bear its own attorneys' fees and costs.

Dated: July 5, 2022

/s/Richard L. Elem
Richard L. Elem, Esq.
Law Offices of Jan Meyer & Associates, P.C.
Attorney for Plaintiff(s)
1029 Teaneck Road, Second Floor
Teaneck, New Jersey 07666
(201) 862-9500

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  7/7/2022